**ROYAL PONTIAC GMC TRUCK v. AIKENS**

[350 N.C. 85 (1999)]

IN THE MATTER OF THE LICENSE OF ROYAL PONTIAC GMC TRUCK, INC., SAFE-TY EMISSION INSPECTION STATION, LICENSE NO. 20462 AND INSPECTOR/MECHANIC ROBERT DENBLEYKER, LICENSE NO. 6189955, PETITIONERS v. FREDERICK AIKENS, ACTING COMMISSIONER OF MOTOR VEHICLES, RESPONDENT

No. 472A98

(Filed 4 March 1999)

Appeal by petitioners pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, 131 N.C. App. 154, —— S.E.2d —— (1998), affirming a judgment entered by LaBarre, J., on 4 September 1997 in Superior Court, Wake County. Heard in the Supreme Court 11 February 1999.

*Clifton & Singer, L.L.P., by Benjamin F. Clifton, Jr., and C.D. Heidgerd, for petitioner-appellants.*

*Michael F. Easley, Attorney General, by Jeffrey R. Edwards, Associate Attorney General, for respondent-appellee.*

PER CURIAM.

AFFIRMED.